1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JERRY W. COWENS,

11            Plaintiff,                      No. CIV S-08-2730 JAM GGH P

12        vs.

13   YOLO COUNTY DISTRICT
     ATTORNEY'S OFFICE,

14
              Defendant.                ORDER
15   _____/

16            Plaintiff has requested an extension of time to file an amended complaint pursuant

17   to the court's order of January 21, 2009.  Good cause appearing, IT IS HEREBY ORDERED that:

18            1.  Plaintiff's January 27, 2009 request for an extension of time (Docket No. 16) is

19   granted;

20            2.  Plaintiff is granted thirty days beyond the original deadline, or until March 22,

21   2009, in which to file an amended complaint; and

22            3.  There will be no further extension of time.

23   DATED: February 5, 2009

24                                           /s/ Gregory G. Hollows

25                                           _____
                                             GREGORY G. HOLLOWS
                                             UNITED STATES MAGISTRATE JUDGE
26
     GGH:009/mp
     cowe2730.36