IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY W. COWENS,

     Plaintiff,                 No. CIV S-08-2730 JAM GGH P

     vs.

YOLO COUNTY DISTRICT
ATTORNEY'S OFFICE,

     Defendants.            FINDINGS & RECOMMENDATIONS

                               /

        By order filed January 21, 2009, the court granted plaintiff thirty days to file an

amended complaint. In the January 21st order, the court informed plaintiff of the deficiencies in

his complaint. On February 5, 2009, plaintiff was granted an extension of time until March 22,

2009, to file his amended complaint. To date, plaintiff has not filed an amended complaint or

otherwise responded to the court's order.

        Although it appears from the file that plaintiff's copy of the order granting him an

extension of time was returned, plaintiff was properly served. It is the plaintiff's responsibility to

keep the court apprised of his current address at all times. Pursuant to Local Rule 83-182(f),

service of documents at the record address of the party is fully effective.

\\\\\

1    For the reasons given in the January 21, 2009, order, IT IS HEREBY

2  RECOMMENDED that this action be dismissed with prejudice.  See Local Rule 11-110; Fed. R.

3  Civ. P. 41(b).

4    These findings and recommendations are submitted to the United States District

5  Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within

6  twenty days after being served with these findings and recommendations, plaintiff may file

7  written objections with the court.  The document should be captioned "Objections to Magistrate

8  Judge's Findings and Recommendations."   Plaintiff is advised that failure to file objections

9  within the specified time may waive the right to appeal the District Court's order.

10 DATED: April 20, 2009

11

12                                                    /s/ Gregory G. Hollows

13                                                    _____
                                                      GREGORY G. HOLLOWS
                                                      UNITED STATES MAGISTRATE JUDGE

14 cowe2730.fta

15

16

17

18

19

20

21

22

23

24

25

26